Wilsman v Benderson Dev. Co., LLC (2026 NY Slip Op 01662)

Wilsman v Benderson Dev. Co., LLC

2026 NY Slip Op 01662

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, NOWAK, AND DELCONTE, JJ.

116 CA 24-01429

[*1]KATHRYN WILSMAN, PLAINTIFF-RESPONDENT,
vBENDERSON DEVELOPMENT COMPANY, LLC, TRANCOM LLC, TRANCOM-A, LLC, TRANCOM-B, LLC, DEFENDANTS-RESPONDENTS, ACCADIA SITE CONTRACTING, INC., DEFENDANT-APPELLANT, ET AL., DEFENDANT. (APPEAL NO. 1.) 

ERNSTROM & DRESTE, LLP, ROCHESTER (MICHAEL F. HIGGINS OF COUNSEL), FOR DEFENDANT-APPELLANT.
KENNEY SHELTON LIPTAK NOWAK LLP, BUFFALO (BRENT C. SEYMOUR OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Catherine R. Nugent Panepinto, J.), dated August 27, 2024, in a personal injury action. The order, among other things, denied the motion of defendant Accadia Site Contracting, Inc. for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Wilsman v Benderson Dev. Co., LLC ([appeal No. 2] — AD3d — [Mar. 20, 2026] [4th Dept 2026]).
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court